IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ELAINE L. CHAO,
Secretary of Labor,
United States Department of Labor,

        Plaintiff,

v.

TRACY PODGORAK-MILLER, AND THE
AE SEVEN, LLC. 401(k) PLAN,

        Defendant.

Case No.08-cv-01958-WMD-BNB

## CONSENT DECREE

Plaintiff having filed her Complaint, and Defendants Tracy Podgorak-Miller and the AE Seven, LLC. 401(K) Plan ("the Plan"), having admitted the allegations of the Complaint, having waived service of process on behalf of the Plan, having waived responding to the Complaint, and having agreed to entry of this Consent Decree without contest;

It is, therefore, upon motion of Counsel for Plaintiff, and this Court having jurisdiction over the parties to this Consent Decree; and this Court being empowered to provide the relief described herein, and for cause shown, it is therefore:

ORDERED, ADJUDGED AND DECREED that:

Tracy Podgorak-Miller is hereby removed as Trustee of the AE Seven LLC. 401(k) Plan.

GTrust Inc., an Independent Trust Company located in Topeka, Kansas, is hereby appointed as the Independent Fiduciary of the Plan, with plenary authority to verify and

secure the Plan assets, to determine and verify participant records, to contact participants regarding distribution options, and to make final distributions of the Plan's assets to participants and beneficiaries, according to the terms of the Plan.

GTrust, Inc. is further granted the authority and duty to terminate the Plan.

The Plan is required to pay GTrust, Inc. a fee of $3,000.00 to effectuate distribution of the Plan's assets and for the administration and termination of the Plan.

GTrust, Inc. shall not be held responsible for any claims against the Plan or related entities which existed, arose, matured or vested prior to the appointment of GTrust, Inc.

Nothing in this Consent Decree is binding on any governmental agency other than the United States Department of Labor, Employee Benefits Security Administration.

Each party shall bear his, her, or its own attorneys' fees, costs and other expenses incurred by such party to date in connection with any stage of the above-referenced proceeding including, but not limited to, attorneys' fees, costs and other expenses which may be available under the Equal Access to Justice Act, as amended.

The Court directs the entry of this Consent Decree as a final order and dismisses the case with prejudice.

Dated this 30th day of December, 2008

_____
United States District Judge

Entry of this Consent Decree is hereby consented to:

For Defendants:

_____s/_____
Tracy Podgorak-Miller, Individually and
on Behalf of the Plan

For Plaintiff:

Gregory F. Jacob
Solicitor of Labor

Michael A. Stabler
Regional Solicitor

John Rainwater
Associate Regional Solicitor


_____s/_____
Gregory W. Tronson
Trial Attorney
Office of the Solicitor
United States Department of Labor
1999 Broadway, Suite 1600
Denver, CO 80202-5710
Telephone: (303) 844-1758
Fax: (303) 844-1753
E-mail: tronson.gregory@dol.gov

Attorneys for Elaine L. Chao
Secretary of Labor
U.S. Department of Labor